UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OMAR MARTE,                             :
           Plaintiff,              :
                                   :
           v.                      :    No. 5:25-cv-4480
                                   :
WAKEFERN FOOD CORPORATION,              :
WAKEFERN CORPORATION,                   :
"ABC" COMPANIES 1-3 and 5, and          :
FTI MAINTENANCE INC.,                   :
           Defendants              :

**O R D E R**

**AND NOW**, this 30th day of March, 2026, upon consideration of Plaintiff's Motion to Remand, filed on February 23, 2026, *see* ECF No. 44, and any opposition and replies thereto, it is hereby **ORDERED THAT** the Motion, ECF No. 44 is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge